# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 04-1621

**ALEXANDRIA CIVIL SERVICE COMMISSION**

**VERSUS**

**THE HONORABLE EDWARD G. RANDOLPH, ET AL.**

************

**APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 214,680
CONSOLIDATED WITH NO. 213,980
HONORABLE HARRY F. RANDOW, DISTRICT JUDGE**

************

**JAMES T. GENOVESE
JUDGE**

************

Court composed of Chief Judge Ulysses Gene Thibodeaux, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

Howard N. Nugent, Jr.
P.O. Box 1309
Alexandria, Louisiana 71309
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    Alexandria Civil Service Commission

Barry R. Laiche
Jeremy C. Cedars
P.O. Drawer 1791
Alexandria, Louisiana 71309-1791
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    The Honorable Edward G. Randolph, Jr.,
    Mayor of the City of Alexandria, and
    The City of Alexandria

Angie Rogers Laplace, AAG
P.O. Box 94005
Baton Rouge, Louisiana 70804
**COUNSEL FOR DEFENDANT/APPELLEE**:
    State of Louisiana

Daniel E. Broussard, Jr.
P.O. Box 1311
Alexandria, Louisiana 71309
**COUNSEL FOR INTERVENOR/APPELLEE:**
    Local 1848 of American Federation of State, County and
    Municipal Employees, AFL-CIO

John W. Scott
P.O. Box 171
Alexandria, Louisiana 71309
**AMICUS CURIAE ON BEHALF OF:**
    Louisiana Civil Service League

**GENOVESE, JUDGE.**

For the reasons assigned this day in the companion case of *Alexandria Civil Service Commission v. The Honorable Edward G. Randolph, et al.*, 04-1620 (La.App. 3 Cir. _/_/05), __So.2d__, this matter is affirmed.  Costs of the appeal are assessed against the Alexandria Civil Service Commission.

**AFFIRMED.**